UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH J. MOUTON (#328541)

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 12-236-FJP-MJU

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection was filed[2]:

The Court finds that plaintiff's complaint shall be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915e.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 5th day of December, 2012.

JAMES J. BRADY
For FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 13.

[2] Rec. Doc. No. 14.

Doc#48025